IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    3:24-CR-160 (BKS) |
| | ) |
| v. | ) **Information** |
| | ) |
| **PATRICK DAI,** | ) Violation:    18 U.S.C. § 875(c) |
| | )                     [Interstate Threatening |
| **Defendant.** | )                     Communications] |
| | ) |
| | ) 1 Count |
| | ) |
| | ) County of Offense:    Tompkins |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Interstate Threatening Communications]**

At or about the following times, in Tompkins County in the Northern District of New York, and elsewhere, the defendant, **PATRICK DAI**, did knowingly transmit in interstate and foreign commerce communications containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communications would be perceived as true threats and with reckless disregard of a substantial risk that the communications would be perceived as true threats, that is, **PATRICK DAI** posted on the Cornell University Section of Website 1 the following threats to kill Jewish students attending Cornell University:

| Time of Post | Username | Subject Line | Post Content |
|---|---|---|---|
| 10/28/23 5:40 p.m. | jews need death | gonna bomb jewish house | Gonna bomb jewish house in retaliation for the murder of 500 martyrs. You have been warned |
| 10/29/23 11:24 a.m. | hamas | if I see another jew | If i see another jew on campus…if i see a pig male jew I will stab you and slit your throat. if i see another pig female jew I will drag you away and rape you and throw you off a cliff. if i see another pig baby jew I will behead you in front of your parents. if i see another synagogue another rally for the zionist globalist genocidal apartheid dictatorial entity known as "israel", I will bring an assault rifle to campus and shoot all you pig jews. jews are human animals and deserve a pigs death. Liberation by any means. From the river to the sea, Palestine will be free! |
| 10/29/23 3:16 p.m. | kill jews | Gonna shoot up 104 West | Allahu akbar! From the river to the sea, Palestine will be free! Glory to hamas! Liberation by any means necessary! |

All in violation of Title 18, United States Code, Section 875(c).

Dated: April 10, 2024

CARLA B. FREEDMAN
United States Attorney

By: _____
Geoffrey J.L. Brown (Bar Roll No. 513495)
Michael D. Gadarian (Bar Roll No. 517198)
Stephen C. Green (Bar Roll No. 507767)
Assistant United States Attorneys

2